

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00745-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA HOSPITAL - WESTOVER HILLS**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: January 11, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On November 3, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion to stay a discovery order pending final resolution of the petition for writ of mandamus, which this court granted on November 4, 2022. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 4, 2022 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-01107, styled *Sharon Kay Goodman v. Christus Santa Rosa Health Care Corporation d/b/a Christus Santa Rosa Hospital - Westover Hills and Franklin Dale Barber*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.